Jessica M. Brown (SBN 295293)
Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail: jessica.brown@hklaw.com

*Attorneys for Plaintiffs XPO Global Forwarding, Inc.*
*XPO Customs Clearance Solutions, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPO GLOBAL FORWARDING, INC., a Delaware Corporation; XPO CUSTOMS CLEARANCE SOLUTIONS, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNERGY CALIFORNIA LLC, a California Limited Liability Company; CSUN SOLAR, INC., a California Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 4:20-cv-03470-YGR <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs XPO Global Forwarding, Inc., XPO Customs Clearance Solutions, LLC, and XPO GF America, Inc. (collectively "XPO" or "XPO Logistics") voluntarily dismiss this matter, without prejudice, against all Defendants pursuant to Federal Civil Rule 41(a)(1)(A)(i). Each side shall bear its own costs and fees.

Dated:  August 10, 2020

HOLLAND & KNIGHT LLP

/s/ Jessica M. Brown
Jessica M. Brown, SBN 295293

Attorneys for Plaintiffs Plaintiffs XPO Global Forwarding, Inc. and XPO Customs Clearance Solutions, LLC

Of Counsel:
Christopher R. Nolan
New York Bar No. 4042834
Holland & Knight LLP
31 West 52nd Street, 12th Floor
New York, New York 10019
Telephone: (212) 513-3200
chris.nolan@hklaw.com

Dated: August 13, 2020

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA